James Henry Green
Name

Ely St. Prison P.O. Bx 1989
Ely, NV 89301
Address

1020696
Prison Number

```
           FILED        ✓ RECEIVED
           ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

              MAY 08 2014

           CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
       BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Green, James                     )
                      Plaintiff, )    3:14-cv-00245
                                 )
        vs.                      )    CASE NO. _____
                                 )    (To be supplied by the Clerk)
Romeo Aranas                   , )
                                 )
Rene Baker, Warden             , )
                                 )    CIVIL RIGHTS COMPLAINT
James Cox, Dir NDOC            , )    PURSUANT TO
                                 )    42 U.S.C. § 1983
J Gardner, Dir of Nursing      , )
                                 )
Dr. Koehn                      , )
                   Defendant(s). )    Jury Trial Demand

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Green, James**,
   (print Plaintiff's name)

   who presently resides at **ESP P.O. Bx 1989 Ely, NV**, were
   (mailing address or place of confinement)

   violated by the actions of the below named individuals which were directed against

   Plaintiff at **Ely State Prison (ESP) Ely, NV** on the following dates
   (institution/city where violation occurred)

   **1ST amend**, **XIVth amend.**, and **VIIIth amend**.
   (Count I)        (Count II)              (Count III)

§1983-Form
eff. 1/97

Make a copy of this page to provide the below
information if you are naming more that five (5) defendants

2) Defendant **Romeo Aranas** resides at **PO Bx 7011 Carson City, NV 89701**
(full name of first defendant) (address of first defendant)
and is employed as **Med. Dir. NDOC**. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting under color of law: **Created a policy or custom under which Unconst'l practices occured**.

3) Defendant **Rene Baker** resides at **4569 N. State Route 490 PO Bx 1989, Ely, NV 89301**
(full name of first defendant) (address of first defendant)
and is employed as **Warden Ely State Prison**. This defendant is sued in his/her
(defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting under color of law: **Policy Maker at ESP & Allowed the continuance of Policy or Custom**.

4) Defendant **James Cox** resides at **PO Bx 7011 Carson City, NV 89701**
(full name of first defendant) (address of first defendant)
and is employed as **Dir. of NDOC**. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting under color of law: **Knowledge of Intent'l Deprivation of Const'l Rt: Adequate Med'cl Care & Fail to Act**.

5) Defendant **J Gardner** resides at **4569 N. State Rte 490 PO Bx 1989, Ely, NV 89301**
(full name of first defendant) (address of first defendant)
and is employed as **Dir of Nursing (ESP)**. This defendant is sued in his/her
(defendant's position and title, if any)

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting under color of law: **Knowledge of Intent'l Deprivation of Const'l Rt./ Adequate med'cl Care & Fail to Act**.

§1983-Form
eff. 1/97

2

ESP
H569 N. State Rte 490

6) Defendant **Dr Koehn** works at **PO Bx 1989 Ely, NV 89301**
(full name of first defendant) (address of first defendant)

and is employed as **Dr. Ely State Prison**. This defendant is sued in his/her
(defendant's position and title, if any)

☑ individual ☑ official capacity. (Check one or both). Explain how this defendant was acting under color of law: **He knowingly & willingly interfered w/ previous prescribe Care For I/m ) in furtherance of Conspiracy & Retaliation For Constitutionally Protected Conduct.**

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case. **✱ Deprivation of Fed. Protected Rts by persons acting under Color of Law !**

**As Retaliation For Protected Conduct, Dr. Koehn ESP Dr. on 3/3/2014 "Discontinued Inmate prescribed care for a chronic med.ᶜˡ problem – Ichtyosis"... a pre existing med.ᶜˡ cond. that NDOC is mandated & cared For over the past consecutive 65 months w/o Due Process his action are UnConstitutionally motivated in vio. Fed Statute 1997d (ii) VIIIth & XIVth am. vios of Inmate (I/m) to medical treatmt previously prescribe by an Independent Qualified Dr. the Failure to Insure Green was given Ammonium Lactate 12% Lactic Acid or to otherwise protect I/m from Irreversbl harm (iii) Inactions by Warden, Director of NDOC, & Medᶜˡ Dir. reflects the Deliberate indiff. to known medᶜˡ —**

Continue on Pg 9

§1983-Form
eff. 1/97

3

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: 1ST amend. "Intentionally" Vio Freedom of speech - rt. to petition for redress of Griev.s • Retaliat'n for Writing Grievs / Filing Complaints w/ Administrators All Protected Conduct!

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Rene Baker

After Green filed several complaints w/the WARDEN and Dir of Nursing J Gardner the med cl. staff were contaminating this Specialty Drug AmLactN R% LACTIC ACID (Koehn Dr on 3/3/14) in Retaliation Discontinue the Previous prescribe Care for the pre existing Chronic Med cl. Problem Ichthyosis IN Furtherance of the Conspiracy as punishmt also see Grievs filed 2006 29 64 237   ② Complaint was filed w/ J. Gardner Dir of Nurs. Sept 22, 2013 ③ Griev. file Jan 2014 2006 29 73178, Informing the Admin on 2/19/14 in 1st level Griev mentioning the Adulterated Ingredient may contain bleach or Lye, also (see Griev 2006297-5381 Retaliation) Inform Filed Feb 2014. Look upon Closely Dr Koehn destroyed the evidence by discontinuing the prescriptn, Green had threatn to summon State & Fed'l health off.ls   Green prescriptn has been mandated & provided by NDOC some 65 months since his Inceptn into NDOC IN 2008   Retalitory acts were not reasonably related to any Institutional or medicinal purpose

§1983-Form
eff. 1/97

4

## COUNT II

The following civil right has been violated: XIVth Amend. Intentional deprivation of Procedural & Substnt'v Due Process

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights]. **Under Color of Law!**

On 3/3/14 Dr Koehn discontinue the Chronic care for Ichthyosis w/o Notice or exam, & w/o cause, but blatantly states a Falsehood on the Med'c req.st (kite) I submit 3/4/14 inquiring why I did not get my Prescptn, say was Discontinued "Due to your behavior, your continued Refusals" (A) Warden Baker, Dir of Nursing Gardner, Med'c Dir. Aranus, Dir Cox — they Fail since to Institute Appropriate Preventive Procedure' by affording Inmate (I/m) rt to be seen by an objective Independent Physician or Given the Previous Prescptn thats been Prescribe for his Chronic Cond. Ichtyosis (B) Dr Koehns actions motivated by Retaliation, & if taken under different Circumstances: such action unlawful! this is Dr Koehn and Act of depriving I/m of substnt'v Const! rt to adequate Care & procedural DP 9/23/13 & 3/3/14 he Arbitrarily & purposely discontinue- Deprived I/m Chronic Care; having Neither the Competence or training to recognize Ichthyosis w/o Notice or Exam, in Furtherance of a Conspiracy to vio I/m Civil rt's (C) Dr Koehn has not provide I/m Green a subsequent opport to be meaningfully heard since discontinuing the Prescptn, he arrange 3 visits since 3/3/14 ① 3/7 · 3/14, 4/11 & each visit he "refuse" to address the Chronic Cond. Ichthyosis, he & Nurse Cline both stated we're not gonna talk about Ichtyosis, 3/14 & 4/11 Cline even made statement we're not treating Ichthyosis as Chronic Care on 4/11/2014: evidence of an express Agreement to vio Greens Civil Rt. Green Prescribe Care has been mandated over 5 yr by a Independ. Qualify'd Physician, Diagnose a lifetime (h) rare Genetic Disorder Greens body does not produce Lactic Acid!

§1983-Form eff. 1/97

XIVth amendment
Equal Protection Claim

① On Mar 3, 2014 Dr Koehn prescriptn Deprivation Notification was Never given & is a Discriminatory hear. & Notificatn process Since

② 4 subsequent dates since depriving I/m of of his prescribe Care for the pre-existing Cond. Dr Koehn Continue Course of Non-treatment of Ichthyosis : Mar. 7, 14, April 11, & May 2, 2014 that he know is painful And Ineffect.v

(ii) No viable explanation has been given as to why I/m prescriptn was discontinue 3/3/2014 & the 4 subsequent visit No evidence has been provided by Dr Koehn or Med<sup>cl</sup> Staff ---

3. On Mar 3, 2014 Dr Koehn oppressive ORDER, Arbitrarily he purposely Single I/m Green out For UnConst.l motives : Deliberate Mis Interpreting a Statute or Rule against James Green   (4) Baker, Gardner Dir. James Cox & Med.<sup>cl</sup> Dir. Aranas Know an Impartial Rule/Law is being UnConstitutionally Applied W/o Due process as Late as Mar 30, 2014 And Failure to Intervene

5A

## COUNT III

The following civil right has been violated: **VIIIth Amend. Intentional Deprivation of Rt. to be free of Cruel & Unusual punishmt**

**Under Color of law**

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On 3/3/14 Dr Koehn w/o Due Process discontinue / Interfered (w) treatmt previously prescribe as punishmt

Dr Koehn: (II) On 3 subsequent visits since Discontinuing I/ms prescriptn, Mar 7, Mar 14 & April 11, 2014 Dr "Refuse to meaningfully address" his excessive Order to discontinue I/ms prescriptn for Chronic Medcl Cond Ichthyosis And never exam I/m Re' said Cond.., those visit seem to be crafted for Sole purpose of delay & Denial of treatmt. ~~[redacted]~~ when Questioned Re: Ichthyosis; he stated were not discussing it & had c/o's remove I/m from Exam Rm 3/14 And 4/11-2014 (III) On 3/3/14 Dr Koehn deprived I/m Green of Rt to adequate Medcl care and Defendants Baker, Gardner, Aranas & Incl. Dir Cox know the actions taken in accord (w) a "Defacto" policy punishes persons in a unlawful manner w/o Corroborating Informatn, w/o Rightful Authority And by excessive/unjustified Force ---- the ORDER ; Inaction from Warden Baker, Nursing Dir Gardner, Medcl dir Aranas Reflect Deliberate Indiff. to welfare of I/m Green vio's Eighth Amend.

(IV) Nursing Dir. Gardner & Dr Koehn knew or should have known staff were giving I/m a contaminated Prescriptn as early as 9/22/2013 causing pain, discomfort And threaten his Immed Health Refer to File Griev's I.D. Count I & Fail to take steps to reasonably prevent by changing how prescriptn was handle & secured, a concerted effort discontinue the prescriptn, so State & Fed health Investigator had no evidence to test! In Furtherance of Conspiracy See J Gardner response to Informl Griev. 2006 29 75381 filed as late as Feb 11, 2014 & Complaint lodged 9/22-2013

VIII Amend. Continued

VII. Dr Koehn 4 subsequent visits since interfering w/ previous prescribe Care 3/3/14: Mar 7, 14, April 11 & May 2, 2014 were he insist on a course of Non treatm't for Ichthyosis that he knew was painful & ineffect'v
(a) On those visit he refuse to exam I/m RE Ichtyosis, his discussion Re. Diabetis & Lab results ONLY

VIII. On 3/3/14 Dr Koehn - Dr Koehn unjustified use of Force by Dr's Order to discontinue I/m prescrip'tn w/o sufficient Cause furthering No penological or Medicinal purpose

IX. On 3/3/14 Dir Cox, Med'cl Dir Aranus Nursing Dir Med J Gardner, inclu Warden Bake knew the staffing shortage / ESP denies the I/m's access to diagnosis & treatm't, but fail to act

X. As of Mar 30, 2014 Cox, Aranus, Gardner & Warden BAKER knew & did nothing about Dr Koehn willful & wanton Conduct, his individual acts, constituted policy or custom that's unconst'l on its face

XI. On or before 3/3/14 Cox, Aranus, Gardner & Warden BAKER knew the vagueness of Rules or Policy allow'n Dr Koehn too much discretion at ESP and fail to Act

6A

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___Yes _✓_No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

   a) Defendants: _____

   b) Name of court and docket number: _____

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
   _____

   d) Issues raised: _____
   _____
   _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___Yes ___ No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

   Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: _Greg Cox, et al., OR Martin Dooley, et al.,_

   b) Name of court and case number: _USDC  3:09-cv-0206 ECR-VPC_

   c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

   d) Issues raised: _Retaliation_
   _____

   e) Approximate date it was filed: _4/15/09_

   f) Approximate date of disposition: _10/24/2011_

   Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: _____

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____. Date and institution where grievance was filed _Ely STATE Prison_____

Response to grievance: _SEE Following Griev.s 2006 29 64 3317_
#2  2006 29 73178   ③ 20062975381, INClu Recent Grievs
# UN-Avail. *_____
_____.

-------------------------------------------

§1983-Form
eff. 1/97                                    8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Declaratory Judgment / Acts & Practices were Unconst.<sup>t</sup> they vio. Fed. Law: Compensatory damages in excess $80,000 Intent.<sup>l</sup> Infliction of Physical Injury, inclu Psychological & emotional Distress, humiliation as a result of Deft's Action Punitive Damage, excess of $18,000 Individual Capacity: Injuctive Relief, Med<sup>ca</sup> Care for pre existing Cond. is to sustained w/o Interuptns, End to Actions that has Effects of v/u Fund<sup>lt</sup> Rts, Att Atty, Award of Cost, Atty's Fee.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

#1020696

_____          _____
(Name of person who prepared or helped              (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                                   28th April 2014
                                                   _____
                                                   (Date)

Nature of Case
--------------------------------------------
(Additional space if needed; identify what is being continued)

Needs Constituting Cruel & Unusual Punishmt (iv) Denying Green treatmnt For Filings Griev<sup>s</sup> & Complaints: Staff were Contraveneing his specialty Drug Anlactiv & depriving Im of the minimal prescribed care, his rt<sup>s</sup> were vio. under the VIII amend.<sup>t</sup> Fed Rt<sup>s</sup> under the Const<sup>n</sup> (v) Arbitrary & purposeless action by prison off.<sup>l</sup>s vio<sup>s</sup> Procedural & Substantive Due Process Rt<sup>s</sup>, he was deprive of Rt. by use of excessive Force & Retal.<sup>l</sup>tory acts were not a reasonabl exercise of med<sup>ca</sup> / Prison Authority (vi) the actions taken denied Green rt. to Equal Protect<sup>n</sup> of Laws by subjecting to discriminatory treatmnt, based on his indigency or poverty (vii) The Injury asserted is the Retaliltory accusations Chilling effect on his 1st amend. Rts & advance No legitimate penological / med<sup>ca</sup> Interest was not Reasonably related

§1983-Form
eff. 1/97

(a) inclu non treatmnt For Injury$ sustain From Use of Contaminated pre scriptn ... Gratuitous Cruelty!

ATTN DR Koehn, as a medical representative of ESP
AN VIIIth amend vio & (the XIVth amend. require a responsible Response

MAR 05 2014

**SIGNATURE:** James Green    **ID#** 1020696
(Also print name and ID# at bottom of form where indicated)
Institution: E.SP    Date submitted: 4th MAR -14    Unit/House: B48/1
Medical: ☑    Dental: ☐    Mental Health: ☐    Nursing: ☐    Other: *NOTICE OF Const'l VIO

Reason for request: (Describe below) W/O EXAM? Can you reasonably explain how my Chronic Care: prescrptn Ammonium Lactate 12% could be discontinued. I do have a chronic cond. that require the medicatn if you don't know. my Cond has not subsided so how do you expect me to treat my Cond. (N)DOC has been mandated to provide for these (N) pre-existing Cond.s such as I have over 6 yrs ... in my Case

Response to request: A reasonable Jurist may infer your Conduct is in vio of Tm's Const ℞ to adequate Care (Retaliation for protected Conduct is Prohibited! JHG)

Lotion Discontinued Due to your behavior - your continued refusals.

☐ Appointment Schedule for: ___/___/___    Rescheduled for: ___/___/___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

**PRESCRIPTIONS**
☐ KOP    ☐ NON-KOP
☐ Order Date: ___/___/___

**PLAN**
☐ Follow-up appointment ___/___/___    ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider    Date 3/5/14

NEVADA DEPARTMENT OF CORRECTIONS    NAME: Green, Jim
**MEDICAL KITE and/or SERVICE REPORT**    ID# _____

CC Im's File    Don O'Gardner    WARDEN R. Baker

Exhibit 2

ATTN: Dr. Mumford  \*URGENT\*  6-B-5A

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature: James H. [illegible]   (also print name and DOC # at the bottom of this form)   DOC # 1020696

Institution: HDSP   Date Submitted: 8 10 08   Unit/House: 4-029

Reason for request: A Refill of 400 NF Ammonium Lactate After request a refill 7-20-08 Never recieving it

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
DO NOT WRITE IN SHADED AREA BELOW

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____   Rescheduled for _____
( ) No Visit necessary. See type of service or service provided, below.
( ) Not entitled to requested care. Reason _____
( ) No show for appointment.
( ) Refused to be seen. DOC 2523 Release of Liability... filed.

Refill sent in 8-23-08

**TYPE OF SERVICE:** ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
( ) Inmate requested, charge          ( ) Inmate requested, no charge
( ) Emergency, Charge                 ( ) Emergency, no charge
                                      ( ) Prison required, no charge

Enter ICD-9 code(s) and/or diagnosis(es)

**SERVICE(S) PROVIDED:** Check all that apply

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
(✓) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
(✓) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
( ) Hepatitis B
( ) Influenza
( ) Tetanus
( ) Other _____
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other _____

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

(✓) Rx REFILL ONLY

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other _____

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

Exhibit 1

**PRESCRIPTIONS:**  KOP Medications:   Total # ____   # to charge ____   # started by nursing ____
                   Non-KOP Medications: Total # ____   # to charge ____   # started by nursing ____

**PLAN:** ( ) Follow-up appointment ordered   ( ) Return if needed   ( ) Follow-up not required

8/12/08

Name / Title OR Position #   Date   Time   Name / Title OR Position #   Date   Time

Distribution: ORIGINAL to medical record, COPY to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
**MEDICAL KITE and / or SERVICE REPORT**

NAME _____
DOC # _____   DOC 2500 (REV. 7/01)