AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES HENRY GREEN,

     Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER:  **3:14-cv-00245-RCJ-VPC**

ROMEO ARANAS, et al.,

     Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED in its entirety with prejudice.

   May 28, 2014                                        **LANCE S. WILSON**
                                                                 Clerk

                                                             /s/ D. R. Morgan
                                                             Deputy Clerk