UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GREEN,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>ROMEO ARANAS et al.,<br><br>　　　　　　　　Defendants | Case No.  3:14-cv-00245-RCJ-WGC<br><br>ORDER |

　　　In light of the screening order entered on September 4, 2020 (ECF No. 34), the Court denies Plaintiff's motions to reopen case and status check (ECF Nos. 31, 33) as moot.

　　　DATED: September 8, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE