**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES H. GREEN,<br><br>        Plaintiff,<br><br> v.<br><br>ROMEO ARANAS, *et al.*,<br><br>        Defendants. | 3:14-cv-00245-RCJ-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 80 |

   Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 80).  Plaintiff appears to be requesting an extension of time to oppose Defendant's Motion for Summary Judgment (ECF No. 75) and to file his cross-motion for partial summary judgment.

   **IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (ECF No. 80) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Friday, June 10, 2022**, in which to file his response to Defendant's Motion for Summary Judgment (ECF No. 75) and his cross-motion for partial summary judgment.

   DATED:  May 5, 2022.

                       _____
                        UNITED STATES MAGISTRATE JUDGE