United States District Court

James Green          Case# 3:14-cv-00245-RCJ-CSD
Petitioner

vs
Aranas et al,        Motion enlarging time and objection
Deft                 to Magistrate Judge's Report &
                     Recommendation

Pro Se petitioner Green come through pleadings, papers on file: the attached memorandum is made & based on following pts & Auth's together w/ oral Arguments at the time of designated hear per LR 16-2 dated this Oct 24, 2022

## Memorandum of pts & Authority

Exceptional Circumstances exist: ~~An~~ Inmate is progressive w/ Cataracs & has been w/o his operable seeing equipment some 600 days. ~~~~ Duem .. Rule 6(B) governs extensions of time, Crt's may for good cause extend the time if a Req'st is made, before original time (b) LR IA 6-1   Pro se prisoner not aware

Said Report is NOT appealable. ORDER & was wrongly planning per Rule 4 FRAP

> A 10 to 14 day extension is necessary to now file my objection; this Recommendation & Report was rec'd from L-1 personnel on 10-10-22, A 14 dy extension would make my objection to Magistrate Judge's Report due 11-7-22
>
> Dated this 24th dy October 2022
>
> Reasonably snb & respectfully submitted by pro se prisoner
>
> James M. Drew
> 1020696
> NNCC

ORDER

IT IS HEREBY ORDERED that the motion to extend time to file objections to the Report and Recommendation (ECF No. 89) is GRANTED.
IT IS FURTHER ORDERED that Plaintiff shall file objections to the Report and Recommendation on or before November 7, 2022.
IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

Date:  November 2, 2022.