UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GREEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　Defendants. | Case No.: 3:14-CV-00245-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 88) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney (ECF No. 88[1]) entered on October 06, 2022, recommending that the Court grant Dr. Koehn's motion for summary judgment (ECF No. 75) and deny Plaintiff James Green's ("Green") Cross Motion for Summary Judgment (ECF No. 84). Green filed his objections (ECF No. 91), Defendant Dr. Koehn filed a response to Green's objections (ECF No. 92).

　　　This action was referred to Magistrate Craig S. Denny under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Denney's Report and Recommendation (ECF No. 88) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Dr. Koehn's Motion for Summary Judgment (ECF No. 75) is **GRANTED**.

**IT IS FURTHER ORDERED** that Green's Cross Motion for Summary Judgement (ECF No. 84) is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court will **ENTER JUDGMENT** in favor of Defendant and **CLOSE** this case.

**IT IS SO ORDERED.**

Dated this 6TH day of December 2022.

_____
ROBERT C. JONES
United States District Judge